# United States Bankruptcy Court
## Central District of California

### Riverside
### Judge Peter Carroll, Presiding
### Courtroom 304 Calendar

**Monday, November 9, 2009**                                        **Hearing Room  304**

---

1:31 pm

6:09-32913        Andrew C. Remala and Cassie E. Remala                        **Chapter 13**

#25.00            Hrg. on Confirmation of Chapter 13 Plan

EH_____

Docket #:                              M. Gurreia,
                                        Debtors

**Matter Notes:**

( )  **Confirmed** per trustee's recommendation    - Plan provisions: % to pay _____

Duration _____

Payment $_____

( )  **Objection** to plan:    ( ) Withdrawn    ( ) Sustained    ( ) Overruled

( )  **Case Dismissed**

( ) without prejudice    ( ) Under § 109(g)

( ) if conversion to chapter 7 not filed and fee paid within 10 days

(X) **Continued to** Nov. 18, 2009 at 1:30 ___ (p.m)

( )  **Off calendar**

( )  **Other**

**Courtroom Deputy:**
- NONE LISTED -

**Tentative Ruling:**
- NONE LISTED -

---

# United States Bankruptcy Court
## Central District of California

### Riverside
### Judge Peter Carroll, Presiding
### Courtroom 304 Calendar

| | |
|---|---|
| **Monday, November 9, 2009** | **Hearing Room  304** |

<u>1:31 pm</u>

**Cont....**      **Andrew C. Remala and Cassie E. Remala**                                      **Chapter 13**

Party Information

<u>Debtor(s):</u>
    Andrew C. Remala
                                        Represented By
                              Gary  Leibowitz

<u>Joint Debtor(s):</u>
    Cassie E. Remala
                                          Represented By
                              Gary  Leibowitz

<u>Trustee(s):</u>
    Rod (PC)  Danielson