ROD DANIELSON
Chapter 13 Trustee
4361 Latham Street, Suite 270
Riverside, CA 92501
(951) 826-8000

FILED
JAN 12 2010
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

## UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE DIVISION

| | |
|---|---|
| In re: | Chapter 13 |
| **ANDREW C. REMALA** | Case No. **6:09-bk-32913-PC** |
| | **TRUSTEE'S REPORT** |
| **CASSIE E. REMALA** | |

Comes now the duly appointed Trustee in this case, and shows to the Court the following:

Debtor's net income is $ **5,605.89** per month.

Spouse/other net income is $ **1,950.00** per month.

Debtor's Budget shows $ **408.40** disposable income.

Debtor proposed to pay $ **408.00** per month into the Plan.

Estimated number of months to complete: **60** months.

This Plan will pay **5.00**% to unsecured creditors.

**"PLAN INTERLINEATIONS" INCORPORATED INTO THE ORDER OF CONFIRMATION:**

**THE DEBTORS SHALL PROVIDE AN AMENDED SCHEDULE "D" TO THE CHAPTER 13 TRUSTEE WITHIN 10 DAYS OF CONFIRMATION. AURORA LOAN SERVICES SHALL BE PAID $166.00 PER MONTH, 0% INTEREST ON ITS SECURED CLAIM ARREARS OF $5,957.70. THE DEBTORS' PLAN IS AMENDED TO CONFORM TO THE REQUIREMENTS OF THE COURT'S APPROVED PLAN FORM. DEBTORS RESERVE THE RIGHT TO OBJECT TO ANY CLAIM, NOTWITHSTANDING ANY PLAN INTERLINEATIONS.**

The plan complies with all requirements of 11 U.S.C. §1322 and §1325.

WHEREFORE, the Trustee submits this report concerning the confirmation of this plan.

Date: January 6, 2010

_Rod Danielson_, Chapter 13 Trustee

ORIGINAL