Attorney or Party Name Address Telephone & FAX Numbers and California State Bar Number
Gary Leibowitz 91670
Law Office of Gary Leibowitz
4050 Katella Ave., Ste 201
Los Alamitos, CA 90720
Tele: (562) 430-6002 Fax: (562) 430-3187
Email: Attorneygary@gmail.com
☑ Attorney for

FOR COURT USE ONLY

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

In re
Remala, Andrew C

Debtor(s).

CASE NO : RS09-32913-PC
CHAPTER: 13
ADV NO :

## ELECTRONIC FILING DECLARATION (INDIVIDUAL)

☐ Petition, statement of affairs, schedules or lists — Date Filed: ____
☑ Amendments to the petition, statement of affairs, schedules or lists — Date Filed: 3/3/10
☐ Other: ____ — Date Filed: ____

### PART I - DECLARATION OF DEBTOR(S) OR OTHER PARTY

I (We), the undersigned Debtor(s) or other party on whose behalf the above-referenced document is being filed (Signing Party), hereby declare under penalty of perjury that: (1) I have read and understand the above-referenced document being filed electronically (Filed Document); (2) the information provided in the Filed Document is true, correct and complete; (3) the "/s/," followed by my name, on the signature line(s) for the Signing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature line(s); (4) I have actually signed a true and correct hard copy of the Filed Document in such places and provided the executed hard copy of the Filed Document tomy attorney; and (5) I have authorized my attorney to file the electronic version of the Filed Document and this Declaration with the United States Bankruptcy Court for the Central District of California. If the Filed Document is a petition, I further declare under penalty of perjury that I have completed and signed a Statement of Social Security Number(s) (Form B21) and provided the executed original to my attorney

Signature of Signing Party — March 2, 2010 Date

A. Christopher Remala
Printed Name of Signing Party

Signature of Joint Debtor (if applicable) — March 2, 2010 Date

Cassie Remala
Printed Name of Joint Debtor (if applicable)

### PART II - DECLARATION OF ATTORNEY FOR SIGNING PARTY

I, the undersigned Attorney for the Signing Party, hereby declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Signing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) the Signing Party signed the Declaration of Debtor(s) or Other Party before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature(s) of the Signing Party in the locations that are indicated by "/s/," followed by the Signing Party's name, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this Declaration, the Declaration of Debtor(s) or Other Party, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this Declaration, the Declaration of Debtor(s) or Other Party, and the Filed Document available for review upon request of the Court or other parties If the Filed Document is a petition, I further declare under penalty of perjury that: (1) the Signing Party completed and signed the Statement of Social Security Number(s) (Form B21) before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (2) I shall maintain the executed original of the Statement of Social Security Number(s) (Form B21) for a period of five years after the closing of the case in which they are filed; and (3) I shall make the executed original of the Statement of Social Security Number(s) (Form B21) available for review upon request of the Court

Signature of Attorney for Signing Party — March 2, 2010 Date

Gary Leibowitz
Printed Name of Attorney for Signing Party

This form is mandatory It has been approved for use by the United States Bankruptcy Court for the Central District of California

November 2006

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Central District of California**

**IN RE:** Case No. RS09-32913-PC

Remala, Andrew C. & Remala, Cassie E. Chapter 13

Debtor(s)

**AMENDED SCHEDULES OR DOCUMENTS**

A filing fee of $26 is required to amend any or all of Schedules "D" through "F" An addendum mailing list is also required as an attachment if creditors are being added to the creditors list. Is/are creditor(s) being added? Yes ____ No ✓

Indicate below which schedule(s) is(are) being amended.

A ____ B ✓ C ✓ D ____ E ____ F ____ G ____ H ____ I ____ J ____

Statement of Affairs ____ Statement of Intentions ____ Other ____

**NOTE:** IT IS THE RESPONSIBILITY OF THE DEBTOR TO MAIL COPIES OF ALL AMENDMENTS TO THE TRUSTEE AND TO NOTICE ALL CREDITORS LISTED IN THE AMENDED SCHEDULE(S) AND TO COMPLETE AND FILE WITH THE COURT THE PROOF OF SERVICE ON THE BACK OF THIS PAGE

---

I/We do hereby declare under penalty of perjury that the foregoing is true and correct.

*** FOR COURT USE ONLY ***

Date: March 3, 2010

Signature: /s/ Andrew C. Remala

*Debtor*

Signature: /s/ Cassie E. Remala

*(Joint Debtor, if any)*

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07)

IN RE Remala, Andrew C. & Remala, Cassie E. Debtor(s) Case No RS09-32913-PC (If known)

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None " If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property " If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A B , a minor child, by John Doe, guardian." Do not disclose the child's name See, 11 U S C §112 and Fed R Bankr P 1007(m)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1 Cash on hand | | Cash on Hand | C | 80.00 |
| | | Wells Fargo Checking and Savings | C | 6,000.00 |
| 2 Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives | | Bank of America (Checking) | C | 0.00 |
| | | Bank of America (Savings) | C | 0.00 |
| 3 Security deposits with public utilities, telephone companies, landlords, and others | X | | | |
| 4 Household goods and furnishings, include audio, video, and computer equipment | | 56" flat screen television (five years old) | C | 600.00 |
| | | Bedroom set in master bedroom | C | 1,000.00 |
| | | Crib, dresser, and changing table in daughter's room | C | 250.00 |
| | | Desktop computer | C | 300.00 |
| | | Dining room table | C | 250.00 |
| | | Dishes, pots, and pans | C | 75.00 |
| | | Extra bed in guest bedroom | C | 50.00 |
| | | Kitchen table | C | 200.00 |
| | | Living room couch | C | 400.00 |
| | | Love seat and couch in family room | C | 100.00 |
| | | Misc. coffee tables and end tables | C | 125.00 |
| | | Misc. small televisions | C | 250.00 |
| | | Refrigerator | C | 150.00 |
| | | Silverware and knife set | C | 500.00 |
| | | Washer and dryer | C | 500.00 |
| | | Work bench in garage | C | 300.00 |
| 5 Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles | | 2 Paintings (Tuscan style) | C | 300.00 |
| 6 Wearing apparel | | Daughter's clothing | C | 500.00 |
| | | Walking around clothing | C | 600.00 |
| 7 Furs and jewelry | | Costume Jewelry | C | 200.00 |
| | | Wedding set | C | 10,000.00 |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

IN RE Remala, Andrew C. & Remala, Cassie E. — Debtor(s) — Case No. RS09-32913-PC (If known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 8 Firearms and sports, photographic, and other hobby equipment | | Gym equipment | C | 750.00 |
| 9 Interest in insurance policies Name insurance company of each policy and itemize surrender or refund value of each | X | | | |
| 10 Annuities Itemize and name each issue | X | | | |
| 11 Interests in an education IRA as defined in 26 U.S.C § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1) Give particulars (File separately the record(s) of any such interest(s) 11 U.S.C § 521(c)) | X | | | |
| 12 Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans Give particulars | | 401(k) through Debtor's employer | C | 39,000.00 |
| | | Standard Pacific 401(k) through Joint Debtor's former employer | C | 30,000.00 |
| 13 Stock and interests in incorporated and unincorporated businesses Itemize | | Standard Pacific Homes (500 shares) | C | 1,500.00 |
| 14 Interests in partnerships or joint ventures Itemize | X | | | |
| 15 Government and corporate bonds and other negotiable and non-negotiable instruments | X | | | |
| 16 Accounts receivable | X | | | |
| 17 Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled Give particulars | X | | | |
| 18 Other liquidated debts owed to debtor including tax refunds Give particulars | X | | | |
| 19 Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property | X | | | |
| 20 Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust | X | | | |
| 21 Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims Give estimated value of each | | Anticipated 2009 Income Tax Refund (Only for income earned in 2009 prior to filing bankruptcy-January 1, 2009 through September 29, 2009. Anticipated Refund is $10,000. Anticipated exemptable portion of refund is $8,333. Debtors are applying all remaining wildcard exemption amounts. | C | 8,333.00 |
| 22 Patents, copyrights, and other intellectual property Give particulars | X | | | |
| 23 Licenses, franchises, and other general intangibles Give particulars | X | | | |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

IN RE **Remala, Andrew C. & Remala, Cassie E.** Debtor(s) Case No **RS09-32913-PC** (If known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 24 Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes | X | | | |
| 25 Automobiles, trucks, trailers, and other vehicles and accessories | | **2007 Honda Accord (15,590 miles)** | **C** | **9,700.00** |
| | | **2008 Honda Pilot (19,000 miles) (LEASE/KEEP)** | **C** | **0.00** |
| | | **2009 Mercedez C-Class (15,000 miles) (ENCUMBERED/SURRENDER)** | **C** | **26,985.00** |
| 26 Boats, motors, and accessories | X | | | |
| 27 Aircraft and accessories | X | | | |
| 28 Office equipment, furnishings, and supplies | X | | | |
| 29 Machinery, fixtures, equipment, and supplies used in business | X | | | |
| 30 Inventory | X | | | |
| 31 Animals | | **2 dogs and 2 cats** | **C** | **250.00** |
| 32 Crops - growing or harvested. Give particulars | X | | | |
| 33 Farming equipment and implements | X | | | |
| 34 Farm supplies, chemicals, and feed | X | | | |
| 35 Other personal property of any kind not already listed. Itemize | X | | | |
| | | | TOTAL | **139,248.00** |

**0** continuation sheets attached

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6C (Official Form 6C) (12/07)

IN RE Remala, Andrew C. & Remala, Cassie E. Case No. RS09-32913-PC
Debtor(s) (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under: ☐ Check if debtor claims a homestead exemption that exceeds $136,875
(Check one box)

☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| Cash on Hand | CCCP § 703.140(b)(5) | 80.00 | 80.00 |
| Wells Fargo Checking and Savings | CCCP § 703.140(b)(5) | 6,000.00 | 6,000.00 |
| 56" flat screen television (five years old) | CCCP § 703.140(b)(3) | 600.00 | 600.00 |
| Bedroom set in master bedroom | CCCP § 703.140(b)(3) | 1,000.00 | 1,000.00 |
| Crib, dresser, and changing table in daughter's room | CCCP § 703.140(b)(3) | 250.00 | 250.00 |
| Desktop computer | CCCP § 703.140(b)(3) | 300.00 | 300.00 |
| Dining room table | CCCP § 703.140(b)(3) | 250.00 | 250.00 |
| Dishes, pots, and pans | CCCP § 703.140(b)(3) | 75.00 | 75.00 |
| Extra bed in guest bedroom | CCCP § 703.140(b)(3) | 50.00 | 50.00 |
| Kitchen table | CCCP § 703.140(b)(3) | 200.00 | 200.00 |
| Living room couch | CCCP § 703.140(b)(3) | 400.00 | 400.00 |
| Love seat and couch in family room | CCCP § 703.140(b)(3) | 100.00 | 100.00 |
| Misc. coffee tables and end tables | CCCP § 703.140(b)(3) | 125.00 | 125.00 |
| Misc. small televisions | CCCP § 703.140(b)(3) | 250.00 | 250.00 |
| Refrigerator | CCCP § 703.140(b)(3) | 150.00 | 150.00 |
| Silverware and knife set | CCCP § 703.140(b)(3) | 500.00 | 500.00 |
| Washer and dryer | CCCP § 703.140(b)(3) | 500.00 | 500.00 |
| Work bench in garage | CCCP § 703.140(b)(3) | 300.00 | 300.00 |
| 2 Paintings (Tuscan style) | CCCP § 703.140(b)(3) | 300.00 | 300.00 |
| Daughter's clothing | CCCP § 703.140(b)(3) | 500.00 | 500.00 |
| Walking around clothing | CCCP § 703.140(b)(3) | 600.00 | 600.00 |
| Costume Jewelry | CCCP § 703.140(b)(5) | 200.00 | 200.00 |
| Wedding set | CCCP § 703.140(b)(4)<br>CCCP § 703.140(b)(5) | 1,350.00<br>8,650.00 | 10,000.00 |
| Gym equipment | CCCP § 703.140(b)(3)<br>CCCP § 703.140(b)(5) | 525.00<br>225.00 | 750.00 |
| 401(k) through Debtor's employer | CCCP § 703.140(b)(10)(E) | 39,000.00 | 39,000.00 |
| Standard Pacific 401(k) through Joint Debtor's former employer | CCCP § 703.140(b)(10)(E) | 30,000.00 | 30,000.00 |
| Standard Pacific Homes (500 shares) | CCCP § 703.140(b)(5) | 1,500.00 | 1,500.00 |
| Anticipated 2009 Income Tax Refund (Only for income earned in 2009 prior to filing bankruptcy-January 1, 2009 through September 29, 2009. Anticipated Refund is $10,000. Anticipated exemptable portion of refund is $8,333. Debtors are applying all remaining wildcard exemption amounts. | CCCP § 703.140(b)(5) | 5,170.00 | 8,333.00 |
| 2 dogs and 2 cats | CCCP § 703.140(b)(3) | 250.00 | 250.00 |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Main Document Page 7 of 7

| In re: Remala, Andrew C Debtor(s). | CHAPTER 13 CASE NUMBER RS09-32913-PC |
|---|---|

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

4050 Katella Ave , Ste 201, Los Alamitos, CA 90720

A true and correct copy of the foregoing document described **Amended Schedules B and C** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On 3/2/10 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Ch 13 Trustee, Rod Danielson notice-efile@rodan13 com
United States Trustee (LA) ustpregion16 rs ecf@usdoj gov

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On ______________________ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F R Civ P 5 and/or controlling LBR, on_______ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 3/3/10 | Daniel Leibowitz | [signature] |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory It has been approved for use by the United States Bankruptcy Court for the Central District of California

*January 2009* **F 9013-3.1**