# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF INTENT TO PAY CLAIMS

NOTICE IS HEREBY GIVEN TO DEBTOR(S) AND COUNSEL, IF ANY, THAT THE TRUSTEE INTENDS TO PAY CLAIMS FILED BY THE CREDITORS LISTED BELOW UNLESS:
(1) OBJECTION IS MADE BY THE DEBTOR(S) OR ANY OTHER PARTY IN INTEREST; AND
(2) THE COURT ISSUES ITS ORDER DISALLOWING THE CLAIM.

IN RE:  ANDREW C. REMALA
        CASSIE E. REMALA
        7890 SERENITY FALLS ROAD
        CORONA, CA 92880

IN THE MATTER OF:
ANDREW C. REMALA
7890 SERENITY FALLS ROAD
CORONA, CA 92880

DATE: 3/19/2010
Case No. 6:09-bk-32913-PC

| COURT CLAIM# | CREDITOR NAME | AMOUNT SCHEDULED | AMOUNT OF CLAIM | ACCOUNT | CRED CLASS | TRUSTEE CLAIM# |
|---|---|---|---|---|---|---|
|  | GARY LEIBOWITZ | $1,874.00 | NOT FILED |  |  | 0 |
| 02 | AMERICAN EXPRESS | $9,569.00 | $9,793.59 | 1001 | U | 1 |
| 08 | AMERICAN INFOSOURCE | $45,836.00 | $47,006.34 | 6127 | U | 2 |
| 05 | PORTFOLIO RECOVERY A | $30,421.00 | $32,362.71 | 5689 | U | 3 |
|  | Professional Collect | $128.00 | NOT FILED | 7856 | U | 4 |
| 06 | SOUTHERN CALIF EDISO | $36.00 | $120.99 | 248402588/222826760 | U | 5 |
| 07 | AMERICAN HONDA FINAN | $5,280.00 | $19,015.56 | 8089 | S | 6 |
| 04 | AURORA LOAN SERVICES | $7,888.00 | $5,957.70 | 4747 | E | 7 |
|  | Chase Manhattan Mtge | $139,088.00 | NOT FILED | 9228 | U | 8 |
| 03 | DCFS USA, LLC | $31,200.00 | $31,060.28 | 4495 | S | 9 |
| 01 | GE MONEY BANK/GREENT | $76,127.00 | $78,899.20 | 0189 | U | 10 |
|  | Schools First Federa | $17,525.00 | NOT FILED | 6769 | S | 11 |

IF YOU BELIEVE YOU DO NOT OWE ONE OR MORE OF THE CLAIMS LISTED ABOVE, DO NOT CALL THE TRUSTEE, CALL YOUR ATTORNEY.  THE TRUSTEE CANNOT GIVE LEGAL ADVICE. IF YOU DO NOT TIMELY FILE AND SERVE AN OBJECTION TO THE CLAIM(S) IN ACCORDANCE WITH BANKRUPTCY LAW, THE TRUSTEE IS UNDER A COURT ORDER TO PAY ALL CLAIMS, EXCEPT THOSE LISTED AS "NOT FILED," "DIRECT PAY" OR "NOTICE ONLY.

**NOTICE OF INTENT TO PAY CLAIMS - Continued**

**6:09-bk-32913-PC**

DECLARATION RE VERIFICATION OF CLAIMS REGISTER

I declare under penalty of perjury as follows:

1. That I am a citizen of the United States of America, I am over the age of 18 years, and not a party to the within matter.

2. I am employed by Rod Danielson, Chapter 13 Trustee in this case, and by virtue of that employment I am qualified to identify and interpret the records and documents typically prepared and maintained in the ordinary course of a Chapter 13 case.

Dated:    3/19/2010

_____/s/_____
PAULETTE ROSELI

PROOF OF SERVICE

I declare under penalty of perjury that I am employed by Rod Danielson, Chapter 13 Trustee: I am over 18 years of age and I mailed copies of the Notice of Intent to Pay Claims, and Declaration in support thereof, on the parties set forth below.

Executed on 3/19/2010 at Riverside, California.

_____/s/_____
PAULETTE ROSELI

| | |
|---|---|
| ANDREW C. REMALA<br>7890 SERENITY FALLS ROAD<br>CORONA, CA   92880 | GARY LEIBOWITZ<br>4050 KATELLA AVE<br>SUITE 201<br>LOS ALAMITOS, CA   90720 |