Rod Danielson, Chapter 13 Standing Trustee
4361 Latham Street, Suite 270, Riverside, CA 92501
Tel. (951) 826-8000

**STATUS REPORT - CASE #6:09-bk-32913-PC  AS OF 4/1/2010**

ANDREW C. REMALA
CASSIE E. REMALA
7890 SERENITY FALLS ROAD
CORONA, CA  92880

| | |
|---|---:|
| FILING DATE: | 09/29/2009 |
| 1ST MEETING DATE: | 11/09/2009 |
| CONFIRMATION DATE: | 12/16/2009 |
| TERM OF PLAN: | 60 MONTHS |
| PERCENT TO UNSECURED: | 5.00 |
| MONTHLY PLAN PMT AMT: | $408.00 |
| GROSS RECEIPTS: | $2,022.00 |
| REFUNDS FR CREDITORS: | $0.00 |
| NET PAID CREDITORS: | $649.51 |
| FEES PAID TO ATTY: | $816.00 |
| FEES PAID TO TRUSTEE: | $148.49 |
| REFUNDS TO DEBTORS: | $0.00 |
| BALANCE ON HAND: | $408.00 |

CURRENT CASE DISPOSITION:
ACTIVE

| LAST 12 RECEIPTS | | TOTAL RECEIPTS PER MONTH - LAST 12 MONTHS | |
|---|---:|---|---:|
| 03/25/2010 | $408.00 | 04/2010 | $0.00 |
| 02/03/2010 | $408.00 | 03/2010 | $408.00 |
| 12/30/2009 | $406.00 | 02/2010 | $408.00 |
| 12/02/2009 | $400.00 | 01/2010 | $0.00 |
| 11/13/2009 | $400.00 | 12/2009 | $806.00 |
| | | 11/2009 | $400.00 |
| | | 10/2009 | $0.00 |
| | | 09/2009 | $0.00 |
| | | 08/2009 | $0.00 |
| | | 07/2009 | $0.00 |
| | | 06/2009 | $0.00 |
| | | 05/2009 | $0.00 |

| CLAIM# | CREDITOR NAME | CREDITOR CLASS | INT% | SCHEDULED AMOUNT | CLAIMED AMOUNT | PRINCIPAL PAID | INTEREST PAID | PRINCIPAL BAL OWED |
|---|---|---|---|---:|---:|---:|---:|---:|
| ATTY | GARY LEIBOWITZ | ATTORNEY FEE | N/A | $1,874.00 | $1,874.00 | $816.00 | $0.00 | $1,058.00 |
| 0001 | AMERICAN EXPRESS | UNSECURED | 0.00 | $9,569.00 | $9,793.59 | $0.00 | $0.00 | $489.68 |
| 0002 | AMERICAN INFOSOURCE LP AS AGENT FOR | UNSECURED | 0.00 | $45,836.00 | $47,006.34 | $0.00 | $0.00 | $2,350.32 |
| 0003 | PORTFOLIO RECOVERY ASSOCIATES | UNSECURED | 0.00 | $30,421.00 | $32,362.71 | $0.00 | $0.00 | $1,618.14 |
| 0004 | Professional Collectio | UNSECURED | 0.00 | $128.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0005 | SOUTHERN CALIF EDISON COMPANY | UNSECURED | 0.00 | $36.00 | $120.99 | $0.00 | $0.00 | $6.05 |
| 0006 | AMERICAN HONDA FINANCE | SECURED | 0.00 | $5,280.00 | $19,015.56 | $0.00 | $0.00 | $0.00 |
| 0007 | AURORA LOAN SERVICES | MORTGAGE ARREARS | 0.00 | $7,888.00 | $5,957.70 | $649.51 | $0.00 | $5,308.19 |
| 0008 | Chase Manhattan Mtge | UNSECURED | 0.00 | $139,088.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0009 | DCFS USA, LLC | SECURED | 0.00 | $31,200.00 | $31,060.28 | $0.00 | $0.00 | $0.00 |
| 0010 | GE MONEY BANK/GREENTREE | UNSECURED | 0.00 | $76,127.00 | $78,899.20 | $0.00 | $0.00 | $3,944.96 |
| 0011 | Schools First Federal Credit Union | SECURED | 0.00 | $17,525.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**TOTAL PRINCIPAL BALANCE OWED*:    $14,775.34**

* THE "TOTAL PRINCIPAL BALANCE OWED" IS NOT THE AMOUNT NECESSARY TO PAY YOUR PLAN IN FULL.  IT DOES NOT TAKE INTO ACCOUNT ANY BALANCE ON HAND, NOR DOES IT INCLUDE TRUSTEE'S FEES (ESTIMATED AT 11%), ACCRUING INTEREST, ANY CLAIMS THAT THE TRUSTEE IS NOT AWARE OF, OR "BASE PLAN" REQUIREMENTS.  TO OBTAIN AN ESTIMATED PAYOFF BALANCE, PLEASE SUBMIT A WRITTEN REQUEST TO THE TRUSTEE.