| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Gary Leibowitz, SBN 91670<br>Daniel Leibowitz, SBN 258466<br>Leibowitz Law Group<br>4050 Katella Ave., Ste 201<br>Los Alamitos, CA 90720<br>Tel: (562) 430-6002; Fax: (562) 430-8187<br>Email: AttorneyGary@gmail.com<br><br>*Attorney for* Kent & Liliana Eckenrode | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br>Kent S. Eckenrode<br>and<br>Liliana Y. Eckenrode<br>Debtor. | CHAPTER 13<br>CASE NUMBER 6:09-bk-36143-PC<br><br>(No Hearing Required) |
|---|---|

## NOTICE OF MOTION UNDER LOCAL BANKRUPTCY RULE 9013-1(o) FOR:

SUPPLEMENTAL FEES

1. TO *(specify name):* R. Danielson, Chapter 13 Trustee; and all other interested parties:

2. NOTICE IS HEREBY GIVEN that Movant in the above-captioned matter will move this Court for an Order granting the relief sought as set forth in the Motion filed by Movant, a brief description of which is contained in the Description of Relief Sought attached hereto and served and filed herewith. Said Motion is based upon the grounds set forth in the said Motion and accompanying Description of Relief Sought. Said Motion is made pursuant to Local Bankruptcy Rule 9013-1(o), which provides for granting of motions without a hearing. (Check appropriate box below):

   ☒  The full Motion is attached hereto.
   ☐  The full Motion has been filed with the Bankruptcy Court and a detailed description of the relief sought is attached hereto.

3. **Deadline for Opposition Papers and Request for a Hearing**: Pursuant to Local Bankruptcy Rule 9013-1(o), any party objecting to the accompanying Motion may file and serve a written objection and request a hearing of this Motion. If you fail to file a written response within 14 days of the date of service of this Notice, the Court may treat such failure as a waiver of your right to oppose this Motion and may grant the requested relief.

Dated: 5/14/10

Leibowitz Law Group
Law Firm Name

By: _____

Date Notice Mailed: 5/14/10

Name: Gary Leibowitz
*Attorney for Movant*

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2009

**F 9013-1.2**

Name, Address and Telephone Number of Attorney(s) or Debtor In Pro Per
Gary Leibowitz, SBN: 91670
The Law Office of Gary Leibowitz
4050 Katella Ave., Ste. 201
Los Alamitos, CA 90720
Ph:(562) 430-6002; Fax:(562) 430-8187
Email: attorneygary@gmail.com

[X] Attorney for Debtor(s)   (If applicable) Attorney's
[ ] Debtor In Pro Per     State Bar ID No: 91670

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

List all names including trade names, used by Debtor(s) within the last 6 years:

Kent S. Eckenrode

and

Liliana Y. Eckenrode

Social Security No XXX-XX-6829 _____ Debtor
Social Security No XXX-XX-6131 _____ Joint Debtor
Debtor(s) EIN No _____

Chapter 13
Case No 6:09-bk-36143-PC

APPLICATION FOR SUPPLEMENTAL FEES:
TRUSTEE'S RECOMMENDATION AND ORDER THEREON

TO THE HONORABLE BANKRUPTCY JUDGE: Peter Carroll
Applicant is counsel of record for the above-named Debtor(s) who is under a confirmed Chapter 13 Plan. Fees were awarded for confirmation in the amount of $ 4,000.00 _____ . Supplemental fees have been awarded as follows
0.00 _____ , 0.00 _____ , 0.00 _____ , 0.00 _____ . Total fees awarded to date $4,000.00 _____ . Additional pending supplemental fee applications amount to 0 _____

Since confirmation of said Plan, Applicant has performed certain extraordinary services at the request of the Debtor as follows: (Itemize time spent. If more space is needed, attach second sheet.)

| DATE | ACTIVITY | HOURS |
|------|----------|-------|
|      | Please See Addendum Attached |       |

The reasonable value of said services is $ 607.59 _____ , of which $ 0.00 _____ has been paid
WHEREFORE, your Applicant prays that an allowance be made in the sum of $ 607.59 _____
Dated: 5/14/10 _____

_____
Attorney for Debtor



# LEIBOWITZ LAW GROUP
## 4050 Katella Ave., Suite 201
## Los Alamitos, CA 90720

# Addendum

May 14, 2010
Invoice Number: 1051

Eckenrode Kent
9537 Kings Ct
Riverside, CA 92508

| Date | Description | Hours | Rate | Total |
|---|---|---|---|---|
| | **Previous Balance** | | | **$0.00** |
| 11/12/2009 | Draft Declarations of Debtors and Appraiser in Support of Motion to avoid lien | 0.30 | $350.00 | $105.00 |
| 11/12/2009 | Draft Motion to Avoid Lien | 0.80 | $350.00 | $280.00 |
| 11/12/2009 | Review and analyze documents for Motion to Avoid Lien | 0.30 | $350.00 | $105.00 |
| 11/16/2009 | Expense Postage (Motion to Avoid Lien) | | | $4.95 |
| 11/16/2009 | Prepare, file, and serve Motion to Avoid Lien | 0.30 | $150.00 | $40.00 |
| 12/23/2009 | Draft Order on Motion to Avoid Lien | 0.20 | $350.00 | $70.00 |
| 12/23/2009 | Expense Postage (Proposed Order) | | | $1.76 |
| 1/23/2010 | Draft revised Order granting Motion to Avoid Lien (no charge) | 0.20 | $350.00 | $0.00 |
| 1/23/2010 | Lodge and serve proposed order (paralegal) (no charge) | 0.20 | $150.00 | $0.00 |
| 2/10/2010 | Expense Postage (Entered Order) | | | $0.88 |
| | **Amount Due** | **2.30** | | **$607.59** |

Thank You! - Balance is due upon receipt

## ADDENDUM CONT.

Attorney Fees: Legal Services $350/hr

Attorneys Fees (Total) = 1.8 hours ($350/hr) = $560.00

Paralegal Rates: $150/hour

Paralegal Fees (Total) = .05 hours ($150/hr) = $40.00

**Legal Services Total** = $560.00 + $40.00 = **$600.00**

Costs: $7.59

**Total Supplemental Fees = $607.59**

## SUMMARY OF ISSUE AND OUTCOME

The Debtors required a Motion to Avoid the second lien on their real property. Attorney Daniel Leibowitz instructed Debtors on which documents to provide. Thereafter, Attorney Daniel Leibowitz reviewed and analyzed the relevant documents to ensure that the Motion to Avoid the Second Deed of Trust was proper under the circumstances. Thereafter, Mr. Leibowiz drafted a Motion to Avoid the Lien of the junior lien holder, Points and Authorities in support thereof, Debtors' Declaration in support thereof, and the Appraiser's Declaration in support thereof. Our office's paralegal then prepared the exhibits to both Motions and prepared the Motions for filing. Our paralegal then filed the Motion. Our paralegal then served the Motion and drafted and filed Proofs of Service in accordance with the Local Rules. Attorney Daniel Leibowitz then drafted a proposed order to granting the motion. The court returned the proposed order and required a revised order conforming to specific requested language. Thereafter, Attorney Daniel Leibowitz drafted a revised order granting the motion. Our paralegal lodged and served the revised order. Our paralegal later served both entered orders.

Notice of Motion (L.B.R. 9013-1(o)) - Page 2                                              **F 9013-1.2**

| In re<br>Kent S. Eckenrode | CHAPTER: 13 |
|---|---|
| Debtor(s). | CASE NO.: 6:09-bk-36143-PC |

**NOTE**: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
4050 Katella Ave., Ste 201
Los Alamitos, CA 90720

A true and correct copy of the foregoing document described as NOTICE OF MOTION UNDER LOCAL BANKRUPTCY RULE 9013-1(o) FOR SUPPLEMENTAL FEES will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On 5/14/10 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

Rod Danielson, Chapter 13 Trustee, notice-efile@rodan13.com
United States Trustee, ustpregion16.rs.ecf@usdoj.go

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On 5/14/10 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☑ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 5/14/10 | Daniel J. Leibowitz | |
|---|---|---|
| Date | Type Name | Signature |

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2009                                                                              **F 9013-1.2**

**Asset Acceptance LLC**
PO BOX 2036
Warren, MI 48090

**Bac Home Loans Servici**
450 American St
Simi Valley, CA 93065 (24956243)

**BAC Home Loans Servicing, L.P.**
1665 Scenic Ave Ste 200
Costa Mesa, CA 92626

Creditor committee *Entity* **Bank Of America**
4161 Piedmont Pkwy
Greensboro, NC 27410

**Bank of America N.A.**
475 Crosspoint Pkwy
PO Box 9000
Getzville, NY 14068

**Barclays Bank Delaware**
125 S West St
Wilmington, DE 19801

**CANDICA L.L.C.**
C O WEINSTEIN AND RILEY, PS
2001 WESTERN AVENUE, STE 400
SEATTLE, WA 98121

**Chase**
Po Box 15298
Wilmington, DE 19850

**Direct Loan Servicing Center**
PO Box 5609
Greenville TX 75403-5609

**First City Credit Unio**
550 N Brand Ste 800
Glendale, CA 91203

**GE Consumer Finance**
For GE Money Bank
dba HOME DSGN - OUTDOOR LIVING/GEMB
PO Box 960061
Orlando FL 32896-0661

**Gemb/care Credit**
Po Box 981439
El Paso, TX 79998

**Gemb/home Design-outdo**
PO Box 981064
El Paso, TX 79998

**Gemb/jcp**
Po Box 981402
El Paso, TX 79998

**Hsbc/bsbuy**
Pob 15521
Wilmington, DE 19805

**Popa Federal Credit Un**
13304 Alondra Blvd
Cerritos, CA 90703

**PRA Receivables Management, LLC**
As Agent Of Portfolio Recovery Assocs.
c/o Sears Mc
POB 41067
NORFOLK VA 23541

**PRA Receivables Management, LLC**
As Agent Of Portfolio Recovery Assocs.
c/o Jc Penney
POB 41067
NORFOLK VA 23541

**Promontory Park MV Owners Assoc**
23297 S Pointe Dr Ste 150
Laguna Hills CA 92653

**Sears/cbsd**
Po Box 6189
Sioux Falls, SD 57117

**Sears/cbsd**
8725 W. Sahara Ave
The Lakes, NV 89163

**The Best Service Company Inc**
10780 Santa Monica Blvd Ste 140
Los Angeles CA 90025

**Us Dept Of Education**
Po Box 5609
Greenville, TX 75403

**Wfs/wachovia Dealer Sv**
Po Box 1697
Winterville, NC 28590

**BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing, LP**
Miles, Bauer, Bergstrom & Winters, LLP
1665 Scenic Avenue, Suite 200
Costa Mesa, CA 92626

**Bank of America N.A**
**C/O Joe M Lozano, Jr**
Vander Linden & Wernick P C
9441 LBJ Freeway Ste 350
Dallas, TX 75243

**Kent & Liliana Eckenrode**
9537 Kings Ct.
Riverside, CA 92508

**The Honorable Peter Carroll**
U.S. Bankruptcy Court
3420 12th St. Suite 365
Riverside, CA 92501-3819