| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| ROD DANIELSON, Chapter 13 Trustee<br>Elizabeth A. Schneider, SBN 154471<br>4361 Latham Street, Suite 270<br>Riverside, CA  92501-1749<br>(951) 826-8000   FAX (951) 826-8090<br><br>☐ Attorney for<br>☒ Chapter 13 Trustee | ORIGINAL |

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | CHAPTER 13<br>CASE NUMBER  6: 09-bk-32913-PC |
|---|---|
| In re:<br>ANDREW C. REMALA and<br>CASSIE E. REMALA<br><br>Debtor(s). | TRUSTEE'S COMMENTS ON OR OBJECTION TO APPLICATION FOR SUPPLEMENTAL FEES |

The undersigned Chapter 13 Trustee, having reviewed the Application for Supplemental Fees (the "Application") filed on ___05/14/10___ as docket entry number ___#47___, provides the following response to the Application

☐ RECOMMENDED.  Counsel may submit an order via LOU.

☐ RECOMMENDED on the following conditions:
_____.
_____. ☐ See attached sheet.

☐ NOT RECOMMENDED for the following reasons:
_____.
_____. ☐ See attached sheet.

☐ NO POSITION TAKEN BY THE CHAPTER 13 TRUSTEE

☒ SET FOR HEARING.  There are 2 compensation motions (docket #47 and #48) which need to be addressed together as they appear to be for related services.  In this case there were 2 motions to value (GE Money Bank, #16; and JP Morgan Chase, #17).  Both motions were set for hearing on the same day, December 16, 2009; both motions were granted when the tentative ruling became the final ruling of the court.  As to the fee applications before the court, the first fee application (#47) in the amount of $1,290, includes services for the drafting of the motions (both motions) as well as the drafting of the orders and subsequent lodgment with the court.  The second fee application (#48), in the amount of $607.59, appears to cover additional services associated with the two lien strip motions for the appraisal declaration, drafting the motion, service of the motion and again drafting and service of the order.

Dated:  __05/21/10__                           _____
                                                               Chapter 13 Trustee

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

July 2008                                                                                                                                F 3015-1.11

| In re: | | CHAPTER 13 |
|---|---|---|
| REMALA | Debtor(s). | CASE NUMBER 6: 09-bk-32913-PC |

Chapter 13 Trustee's Comments (continued):

As to why two applications were submitted, there seems to be no logical separation based on the documentation submitted. Based on the documentation submitted (the first application, #47, includes the fees associated with the drafting of **_both_** motions), it is the position of the Chapter 13 Trustee the applications should have been submitted as one, and evaluated as one.

In total, the fees requested for the two lien strip motions is $1,897.59 which is well in excess of the customary rate within the Riverside division for similar services (In re Eliapo, 468 F3d 592). Based on the description of services (two motions to value that were granted by tentative ruling and preparation of the fee application(s)), there was nothing extraordinary or complex in the tasks performed. Of additional note is the following: (1) Both motions to value used similar language and format; and (2) at the confirmation hearing on 11/18/10, the court ordered a fee reduction in the amount of $500 to counsel's confirmation fees under the division's "no look" procedures.

It is the position of the Chapter 13 Trustee, the customary rate for similar services (i.e., a motion to value) is approximately $500-$600. In this case, both motions were similar in language and format, both motions were set for the same day, and both motions were granted on the tentative with the tentative becoming the final ruling of the court. The Chapter 13 Trustee recommends the following fees be awarded.

**Recommendation: $825 for both motions. That the fees be awarded on one fee application only and the other fee application be denied.**

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9013-3.1

| In re:<br>REMALA | CHAPTER 13 |
|---|---|
| Debtor(s). | CASE NUMBER 6: 09-bk-32913-PC |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

4361 Latham Street, Suite 270
Riverside, CA  92501-1749

The foregoing document described **TRUSTEE'S COMMENTS ON OR OBJECTION TO APPLICATION FOR SUPPLEMENTAL FEES** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On ___05/21/10___, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

attorneygary@gmail.com                ☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On ___5-25-10___ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

Andrew C. Remala; Cassie E. Remala; 7890 Serenity Falls Road; Corona, CA  92880

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ___5-25-10___ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

The Honorable Peter H. Carroll
U.S. Bankruptcy Court, Riverside Division
3420 Twelfth Street
Riverside, CA  92501-3819

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 5-25-10 | Susan Jones | *Susan Jones* |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                      F 9013-3.1