# United States Bankruptcy Court
## Central District of California
### Riverside
### Judge Peter Carroll, Presiding
### Courtroom 304 Calendar

**Wednesday, August 4, 2010**                                                                 **Hearing Room 304**

---

1:30 pm

**6:09-32913**     Andrew C. Remala and Cassie E. Remala                                      **Chapter 13**

#43.00     Hrg. on Trustee's motion filed 6/17/10 to dismiss case

EH __✗__

                                             Docket #: 52      ✓ DANIEL LEIBOWITZ
                                                                  REP: DEBTOR

**Matter Notes:**

( ) **Granted**          ( ) **Denied**

( ) Tentative / Final Ruling is Final Order of the Court

( ) Based on findings of fact and conclusions of law made on the record

( ) **Stipulation** by the parties with respect to relief sought to be filed with the court within 7 days

(✗) Continuance - Hearing on the motion is continued to _Sept 9, 2010_
    at _1:30_ a.m./**p.m** in Courtroom #303

( ) Off Calendar

(✗) Other  Debtor to tender $5,170 @ continued hearing

**Courtroom Deputy:**
- NONE LISTED -

**Tentative Ruling:**
None.

Party Information

Debtor(s):