Rod Danielson
Chapter 13 Trustee
4361 Latham Street, Suite 270
Riverside, CA 92501

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION**

| | |
|---|---|
| IN RE:<br><br>ANDREW C. REMALA<br>CASSIE E. REMALA<br><br>Debtor(s). | Case No.:  6:09-bk-32913-CB<br><br>NOTICE OF INTENT TO INCREASE<br>DIVIDEND TO UNSECURED CREDITOR |

   PLEASE TAKE NOTICE that, based upon the terms of the Order Confirming Plan which provide that this is a base plan with Debtor paying $35,963.71 into the plan as disposable income, and based upon the claims filed in the within case (as more fully set forth in the attached Status Report), it appears that the unsecured creditors in this case are entitled to a higher dividend than provided in the confirmed plan. Accordingly, the Trustee will increase the percentage to be paid to unsecured creditors to meet the base plan amount set forth in the Order Confirming Plan.  If you wish to oppose this action, you must file and serve on the interested parties in this matter an objection and notice of hearing within fourteen (14) days of the date of service of this notice.

Date: 11/8/2010

_____
Rod Danielson, Chapter 13 Trustee

PROOF OF SERVICE

   I declare under penalty of perjury that I am employed by Rod Danielson, Chapter 13 Trustee in the within case, I am over the age of 18 years, and am not a party to the within action.  My business address is 4361 Latham Street, Suite 270, Riverside, California 92501.  That on the date set forth below I served the foregoing notice on the Debtor(s), and the Debtor's attorney (if any) in this case at the addresses set forth below, by placing a true copy thereof in an envelope and depositing the same, with postage thereon fully prepaid, in the United States mail at Riverside, California.

ANDREW C. REMALA                   GARY LEIBOWITZ
CASSIE E. REMALA                   4050 KATELLA AVE
7890 SERENITY FALLS ROAD           SUITE 201
CORONA, CA  92880                  LOS ALAMITOS, CA  90720

Served and dated on: 11/8/2010

TONY HO
_____   _____
Type or Print Name                   Tony Ho

FG:161